## WALKER *v.* HALL.

LEWIS, J. The verdict in this case was not contrary to law or evidence, and the court, therefore, did not err in overruling a motion for a new trial based on the general grounds.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 24,—Decided April 13, 1898.

Complaint for damages. Before Judge Hart. Baldwin superior court. July term, 1897.

*Whitfield, Allen & Moore,* for plaintiff.
*Roberts & Pottle,* for defendant.

---

## SMITH *v.* SMITH.

LEWIS, J. Under the facts disclosed by the record in this case, there was no abuse of discretion in refusing to grant temporary alimony and counsel fees.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Submitted February 24,—Decided April 13, 1898.

Application for temporary alimony. Before Judge Hart. Jones county. November 20, 1897.

*Hardeman & Moore,* for plaintiff.
*Johnson & Johnson* and *J. C. Barron,* for defendant.